AMENDMENT TO SALES CONTRACT

THIS AMENDMENT TO SALES CONTRACT ("Amendment") made and entered into as of the 24th day of July, 2012 by and between PARTNERSHIP 97, LTD., a Florida limited partnership ("Seller") and MARKET DEVELOPMENT CORPORATION, a Georgia corporation ("Purchaser").

WHEREAS, the parties hereto have entered into that certain Sales Contract dated March 2, 2012 (the "Contract"); and

WHEREAS, the parties hereto desire to amend the Contract as hereinafter set forth;

NOW, THEREFORE, for and in consideration of the sum of Ten Dollars ($10.00) in hand paid by each party to the other and other good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

1.
Amendment to Contract

1.1   The Contract is hereby amended by deleting the words in the second sentence of numbered paragraph 5 of the Contract which read "the 150th day after the Agreement Date" and by substituting in lieu thereof the following: "October 17, 2012".

1.2   The Contract is hereby amended by deleting the sentence in numbered paragraph 5 of the Contract which begins with the words, "However, Purchaser may elect to extend the Inspection Date..." and the next following sentence which begins with the words, "If this transaction does not close..." and by substituting in lieu thereof the following: "However, Purchaser may elect to extend the Inspection Date until February 1, 2013 by giving Seller notice of such extension on or before October 17, 2012 and, within three (3) business days of Purchaser's notice of extension, Purchaser shall deliver a check in the amount of $20,000 to Escrow Agent as additional Earnest Money. If this transaction does not close for any reason other than due to (i) Seller's default (paragraph 9 below) or (ii) casualty or condemnation (paragraph 7 below, the additional $20,000 deposit shall be non-refundable in favor of Seller."

1.3   The Contract is hereby amended to provide that the Earnest Money described in numbered paragraph 2 of the Contract (which as of the date hereof is $10,000) shall be changed to $20,000. As such, Purchaser agrees to deliver a check in the amount of $10,000 to the Escrow

EXHIBIT
2

Agent on or before August 3, 2012. After such check is delivered to the Escrow Agent by Purchaser, for all purposes of the Contract, the initial Earnest Money shall be deemed to be $20,000.

2.
Ratification of Contract

2.1     Except as specifically amended hereby, the Contract shall remain in full force and effect according to its terms. In the event of any conflict between the terms and conditions set forth in this Amendment and the terms and conditions of the Contract, the terms and conditions of this Amendment shall control. The parties hereto, by their execution hereof, do hereby ratify, affirm and agree to be bound by the Contract, as amended hereby.

SELLER:

PARTNERSHIP 97, LTD, a Florida
limited partnership

By: _____
Name: ALISON L COX
Title: SEC / TREAS ; GENERAL PARTNER
       CLB, INC.

PURCHASER:

MARKET DEVELOPMENT
CORPORATION, a Georgia
corporation

By: _____
    Robert L. Gautier, Vice President