**MARKET DEVELOPMENT CORPORATION**
4200 Northside Parkway, NW
Building Two, Suite 200
Atlanta, Georgia 30327-3054

Telephone
404-262-4750

Facsimile
404-262-4751

November 13, 2012

Partnership 97, LTD
5517 SW 69th Terrace
Gainesville, Florida 32608

<u>Via Federal Express</u>

RE: Sales Contract by and between Partnership 97, LTD., as Seller, and Market Development Corporation, as Purchaser, dated March 2, 2012, as amended (the "Contract")

Ladies and Gentlemen:

Please be advised that the conditions described in subclauses (i) – (iii) (inclusive) of the first sentence of Section 8 of the Contract have not been satisfied or performed as of the date hereof. As such, and in accordance with subclause (ii) of the last sentence of Section 8 of the Contract, Purchaser hereby elects to extend the Closing Date (as defined in the Contract) for a period of ninety (90) days, to wit: February 14, 2013.

Should you have any questions or comments, please call me.

Sincerely,

MARKET DEVELOPMENT CORPORATION

By: _____
Joel S. Langsfeld, President

Pc: Michael L. Schaaf, Esquire (via e-mail)

**EXHIBIT 4**