IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARKET DEVELOPMENT
CORPORATION,

        Plaintiff,

v.                                 CASE NO. 1:13-cv-35-MW/GRJ

PARTNERSHIP 97, LTD., et al.,

        Defendants.
_____/

## ORDER DENYING MOTION TO DISMISS

Before this Court is Defendants AMA Gainesville Investments Four, LLC, and Alex I. Skobel's joint motion to dismiss, ECF No. 16, filed on April 17, 2013.[1] For the reasons stated on the record at the hearing held on June 19, 2013, the motion is **DENIED**.

**SO ORDERED** on June 19, 2013.

                                       s/MARK E. WALKER
                                       United States District Judge

---

[1] This Court recognizes that the motion is only brought on behalf of AMA Gainesville and Mr. Skobel, and therefore, Defendants Partnership 97, Ltd. and CLB, Inc. appear to be in default for failure to file a responsive pleading although no action has been taken with regards thereto.

1