

AMA Exhibit 1

Michael Skobel <michael@skobel.com>

## RE: commercial contract

3 messages

**Alison Cox** <acox@bricegroup.com>  Tue, Oct 30, 2012 at 4:18 PM
To: Michael Skobel <michael@skobel.com>
Cc: "Melissa J. Murphy" <melissam@salterlaw.net>, Sara Summerfield <ssummerfield@bricegroup.com>

Michael-

Sara and I spoke with Melissa regarding your request to send your letter to Market Development Corp. While I am not comfortable sending the letter that you drafted, I am willing to contact them and tell them that we just realized that the monies were not deposited with First American Title Insurance Company and that I need them to have them deposited in accordance with the Sales Agreement with First American by November 6, 2012. I will also request a dated receipt for the deposit.

I understand that you and Alex do not like this contract but I am not in a position to do anything that would jeopardize the contract in the event that Skobel Homes does not close on the deal. Please remember that through the Town Center Declaration, Skobel Homes will have a tremendous amount of control over the deal—everything from which trees can be removed, architectural control, etc. – to make the deal unattractive.

I will work with you as much as I can but I can't take steps to terminate the contract with Market Development Corp.

I will send the email to them this afternoon regarding the deposit and copy you and Alex.

Respectfully,

Alison