AMA Exhibit 4

Brice Development, Inc. ("BDI") and Partnership 997, Ltd. ("P97"), in order to facilitate AMA Gainesville Investments Four LLC ("AMA") in its' due diligence review regarding the purchase of property known as Brytan ("Brytan") agree to the following with respect to its current relationship with Market Development Corporation ("MDC"):

    BDI and P97 will not initiate communication with MDC or any entities that identify themselves as related to MDC. Communication includes phone calls, emails, letters, written contact or oral contact.

    If MDC attempts to communicate with BDI or P97, especially via phone or email, BDI and P97 will respond only by telling MDC that all future communication must be made with AMA and that AMA can be reached at the following phone number and address:

AMA Contact Information:
    Phone number: 352-224-3691
    Address: AMA Gainesville Investments Four LLC
        8819 SW 74th Ave,
        Gainesville, FL 32608
    Contact: Alex Skobel

Additionally, as soon as the above message has been conveyed to MDC, BDI and P97 agree to send an email to Alex Skobel and Michael Skobel of AMA informing them that MDC attempted to contact BDI and P97 and that the message to contact AMA was relayed to MDC.

If a third party identifies itself as related to MDC, BDI and P97 will tell the third party that all communication must be made with AMA and provide the contact information listed above.

However, BDI and P97 may communicate through their attorney in the event that some communication is required by the Sales Contract with MDC dated March 2, 2012. If this event arises, BDI and P97 agree to notify AMA prior to the communication with MDC if possible.

Finally, BDI and P97 agree not to alter or amend the Sales Contract with MDC while there is a valid contract with AMA.

These restrictions on communication with MDC will remain in place as long as BDI and P97 have a valid contract on the property with AMA or until AMA closes on the Brytan property.

_____  
Alison L. Cox, Sec/Treas  
Brice Development, Inc.

_____  
Alison L. Cox, Sec/Treas  
CLB, Inc., General Partner  
Partnership 97, Ltd.

Dated: November 5, 2012