IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARKET DEVELOPMENT
CORPORATION,

      Plaintiff,

v.                                            Case No. 1:13cv35-MW/CAS

PARTNERSHIP 97, LTD,
a Florida limited partnership,
et al.,

      Defendants.

_____/

## ORDER CLOSING THE FILE

The parties have filed a stipulation for dismissal with prejudice. ECF No. 121. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, the Clerk must close the file.

      **SO ORDERED on November 17, 2014.**

                                                **s/Mark E. Walker              **
                                                **United States District Judge**